UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jeniere K. Evans

_____

Write the full name of each plaintiff.

_____CV_____

(Include case number if one has been
assigned)

-against-

The City Of New York
BRC Lex Safe Haven

_____

**COMPLAINT**

Do you want a jury trial?
☐ Yes   ☒ No

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

---

Rev. 1/9/17

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑  **Federal Question**

☐  **Diversity of Citizenship**

## A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

4th Amendment

## B.   If you checked Diversity of Citizenship

### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , _____ , is a citizen of the State of
(Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
                (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _BRC Lex Safe Haven_, is incorporated under the laws of

the State of _New York_____

and has its principal place of business in the State of _New York_____

or is incorporated under the laws of (foreign state) _New York_____

and has its principal place of business in _____New York_____.

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II. PARTIES

## A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

_Jeniere_____ _K_____ _Evans_____
First Name            Middle Initial        Last Name

_690 E 182nd St Apt. 3H_____
Street Address

_Bronx, NY, 10457_____
County, City                    State          Zip Code

_(718) 600-4338_____   _evansjeniere3@gmail_
Telephone Number              Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

The City Of New York

First Name                                    Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                     State                     Zip Code

Defendant 2:

BRC Lex Safe Haven

First Name                                    Last Name

566 West 182nd St

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

NY                          NY                          10033

County, City                     State                     Zip Code

Defendant 3:

~~Detective Leggio~~

First Name                                    Last Name

Current Job Title (or other identifying information)

~~137 Centre Street~~

Current Work Address (or other address where defendant may be served)

~~NY                          NY~~

County, City                     State                     Zip Code

Defendant 4:

_____

First Name                              Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                        State               Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _____

Date(s) of occurrence: _____

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____



**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

**United States District Court Of The**

**Southern District Of New York**

-------------------------------------------------

Jeniere K. Evans


-against-


The City Of New York                                    *Statement*

BRC Lex Safe Haven                                     ~~COMPLAINT~~

Detective Leggio

-------------------------------------------------


# ~~COMPLAINT~~

Comes now, through the action of the plaintiff, and files this complaint against defendants, for cause would show as follows:


1. Plaintiff is an adult resident of: 690 East 182nd street Apt. 3h
                                              Bronx, NY, 10457


2. Defendants will be served through the process of this court.


3. On, or about the day of **June 5th**, 2020, the defendants filed a claim with **Detective leggio**, claiming that the plaintiff forcibly touched, and sexually abused a resident, in the facility, where the plaintiff worked at the time, **BRC lex safe haven, 566 west 182nd Street Ny, NY, 10033**, as a result of the defendants actions, plaintiff was terminated from his job, arrested, imprisoned, and kicked out of the residency that the plaintiff had at the time, **Fairfield suites & Inn, on 95 Henry st. NY, Ny, 10002**. The information in the affidavits, and complaints were not true, as a result of abuse of process, lack of evidence, and speedy trial violations, the case was dismissed.


4. The actions of the Defendants were wrongful, malicious, and designed to embarrass, and damage plaintiff. Plaintiff suffered mental, and emotional anguish as a result of the defendants wrongful

5.  Plaintiff has suffered harm to his reputation, humiliation, embarrassment, mental anguish, and distress by being arrested by the 68th precint, on the false charges brought by the defendants.


6.  Plaintiff will show that the actions of the defendants herein, reflect a malicious, intentional, willful, and reckless disregard of the plaintiffs rights, under the **§1983 Act**, and his **4th amendment** rights under the **U.S. Constitution** herein, and warrant an award of punitive damages to the plaintiff.

**SUING For:**

False Arrest
False Imprisonment
Malicious Prosecution
Abuse Of Process
Defamation Of Character
Harassment
Emotional Distress
Loss Of Wages

**Amount Of Civilsuit:**

$200,000

**Sworn To Me Before This** 2/
**Day Of** Oct **2021**

Jeniere Evans

**Print Name**

**Signature**

evansjeniere30gmail

**Email**
(718) 600 - 4338

**Phone Number**

ANDREW G. VARELA
Notary Public, State of New York
Qualified in Kings County
Reg. No. 24-4524268
My Commission Expires Sept. 30, 20 22

**United States District Court of The**

**Southern District of New York**

-----------------------------------------------

**In The Matter Of The Claim Of**

Jeniere K. Evans

 -against-

**The City Of New York**

**BRC Lex Safe Haven**

**Detective Leggio**                                    **Notice Of Claim**

~~Rina Chu~~

~~Jeff Greaux~~

~~Michelle Dantzler~~

~~Najee Robinson~~

~~Larry Harrison~~   *J. E.*

-----------------------------------------------

**PLEASE TAKE NOTICE** that the claimant herein hereby makes claim and demands judgement against you as follows:

    1.  **Pro Se Litigant:**
        --------------------

      **Name**: Jeniere K. Evans

      **Gmal:**  evsjeniere3@gmail.com
      **Phone Number**: (718) 600-4338

      **Address**: 690 East 182nd street Apt. 3h
              Bronx, NY, 10457

2. **Nature Of Claim**: A false allegation was made by the defendants, which was dismissed, due to malicious prosecution, lack of evidence, and abuse of process, during the case, I was falsely arrested, imprisoned, and my character was defamed, under **the § 1983 Act**, as well as my constitutional rights, especially my **4th Amendment** rights.

3. **Time Of Incident:**  June 5th, 2020 at Approximately 7:40 p.m.

Dated: ----- 10 / 21 ----------------------, 2021

Jeniere K. Evans

------------------------------------------------
Print Name

------------------------------------------------
Signature

I Jeniere K. Evans, am the claimant in the above entitled-action, I have read the foregoing, and know the contents thereof. The contents are true to my own knowledge, except as to matters therein stated to be alleged upon information and belief, as to those matters I believe them to be true.

Sworn to before me on this ------------- 21

Day of ----- October --------, 2021

------------------------------------------------
**Notary Public**

ANDREW G. VARELA
Notary Public, State of New York
Qualified in Kings County
Reg. No. 24-4524268
My Commission Expires Sept. 30, 20 22

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 10/21/2021 | J. K. E~ |
| Dated | Plaintiff's Signature |

| | | |
|---|---|---|
| Jeniere | K. | Evans |
| First Name | Middle Initial | Last Name |

690 East 182 nd St Apt 3H
Street Address

| | | |
|---|---|---|
| Bx | NY | 10457 |
| County, City | State | Zip Code |

| | |
|---|---|
| (718) 600 - 4338 | evansjeniere30gmail |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☑ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.