```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/1/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENIERE K. EVANS,

                Plaintiff,

-against-

THE CITY OF NEW YORK and
BRC LEX SAFE HAVEN,

                Defendant.

1:21-cv-08659-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of several email communications sent by the *pro se* Plaintiff. As stated in this Court's Individual Rules of Practice in Civil Cases, all communications with the Court must be made by letter and filed on the public docket. Further, all communications with the Court by a *pro se* party must be sent to the Pro Se Intake Office, and *no* documents or filings may be sent directly to Chambers.

    The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff at the address of record.

**SO ORDERED.**

Date: March 1, 2023
      New York, NY

                                           */s/ Mary Kay Vyskocil*
                                           **MARY KAY VYSKOCIL**
                                           **United States District Judge**