UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jeniere K. Evans,

               Plaintiff,

v.

The City of New York et al.,

               Defendants.

21-CV-8659 (DEH)

ORDER

DALE E. HO, United States District Judge:

On April 2, 2025, Plaintiff filed an Application for the Court to Request Pro Bono Counsel. *See* ECF No. 60. However, this case was dismissed on May 30, 2024. *See* ECF No. 59. Plaintiff's Application is thereby DENIED AS MOOT.

The Clerk of Court is respectfully directed to terminate EF No. 60.

SO ORDERED.

Dated: April 4, 2025
       New York, New York

                                               DALE E. HO
                                             United States District Judge